373 A.2d 1113

Buford, Appellant, v. Buford.

 Argued March 15, 1977. James H. Rowland, Jr., with him Rowland and Rowland, for appellant; Elliot A. Strokoff, with him Jerome H. Gerber, for appellee.

OPINION PER CURIAM: Order affirmed. The case is remanded to the court below for further proceedings.

373 A.2d 1113

Butler v. Butler, Appellant.

 Submitted June 22, 1976. Graham C. Showalter, for appellant; Louise O. Knight, and Clement and Knight, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.